UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>$30,820 in United States Currency,<br><br>　　　　　Defendant. | Civil Action No.　5:19-CV-0409 (NAM/ATB) |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned assets (the "defendant currency") and alleges as follows:

**NATURE OF THE ACTION**

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate a violation of 21 U.S.C. § 841, 846.

**THE PARTIES**

1)　Plaintiff is the United States of America.

2)　The defendant currency is $30,820, which is in the custody of the United States.

**JURISDICTION AND VENUE**

3)　This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

4)　This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5)      Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6)      In 2008, Antwan Reed ("Reed") pled guilty to possession with intent to distribute cocaine base and possession of a firearm by a convicted felon in the Northern District of New York (United States v. Antwan D. Reed, 07-CR-487 (NAM)).

7)      On October 24, 2008, Reed was sentenced to 130 months in prison followed by five (5) years of supervised release.

8)      On April 20, 2015, Reed commenced his term of supervised release.

9)      Since the start of his supervised release, Reed has repeatedly reported that he maintains his permanent residence at 229 N. Monticello Drive in the City of Syracuse, with his mother and stepfather.

10)     Through an investigation, U.S. Probation and Pretrial Services System ("Probation") confirmed that Reed has maintained an unreported address at 7272 Henry Clay Boulevard, Apartment 108, Liverpool NY 13088 during a portion of his term of supervised release.

11)     Reed's girlfriend, Akilah A. Copeland ("Copeland"), leased Apartment 108 at 7272 Henry Clay Boulevard, Liverpool NY 13088 beginning in early 2018.

12)     Reed never notified Probation that his address had changed.

13)     On August 14, 2018, Probation seized and searched Reed's cell phone, which revealed documents and receipts indicating that he has rented vehicles without notifying Probation, violating the terms of his supervised release.

14)     A search of Reed's cell phone also revealed documents and photos indicating that he has left the Northern District of New York without Probation's approval at least five (5) times, violating the terms of his supervised release.

15) On September 20, 2018, United States Probation Officers, Task Force Officers ("TFO"), agents from the Drug Enforcement Administration ("DEA"), and Deputy United States Marshals ("USMS") went to Reed's residence at 7272 Henry Clay Boulevard, Apartment 108, Liverpool NY 13088.

16) At approximately 9:45 a.m., Reed was detained as he exited the apartment.

17) Officers searched Reed and found in his pants pocked a knotted baggie containing 3.5 grams of cocaine and a key to the door of the apartment.

18) Upon entering the apartment, agents located Copeland and conducted a search of the apartment.

19) In the master bedroom dresser drawer, agents located the defendant currency, which was folded and bound together with rubber bands, a knotted plastic baggie containing Oxycodone, Reed's undergarments, prescription bottles in Reed's name, and personal documents containing Reed's name.

20) The denominations and manner in which the defendant currency was found is consistent with narcotics trafficking,

21) In the master bedroom closet, agents located a CR black digital scale and a freezer bag containing cocaine residue.

22) In the closet of the second bedroom, agents located a Ziploc bag containing a cutting agent for cocaine.

23) Reed was arrested at the scene and currently remains incarcerated for multiple violations of supervised release.

24) Copeland was questioned by Probation officers regarding ownership of the apartment, the keys that were found on Reed, and how long Reed had been living in the apartment.

25) During the questioning by Probation officers, Copeland made no mention of any claim to the defendant currency.

## CONCLUSION

**WHEREFORE**, the United States of America requests:

26) That a Warrant for Arrest *In Rem*, in the form submitted with this Complaint, be issued to the United States Marshal of the Northern District of New York or any subcontractor thereof and/or to any duly authorized law enforcement officer;

27) That the Court direct any and all persons having any claim to the defendant currency to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and Rule G of the Supplemental Rules, or suffer default thereof;

28) That a judgment be entered declaring the defendant currency to be forfeited and condemned to the use and benefit of the United States of America; and

29) That Plaintiff be awarded its costs and disbursements in this action and such other and further relief as this Court deems proper and just.

Dated: April 4, 2019

Respectfully Submitted,

GRANT C. JAQUITH
United States Attorney

By: _____
Mary E. Langan
Assistant United States Attorney
Bar Roll No. 518971

## VERIFICATION

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF ONONDAGA       )

Anthony Hart, being duly sworn, deposes and states:

I am a Special Agent with the Drug Enforcement Administration. I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers

Dated this ___4th___ day of April, 2019.

_____
Anthony Hart, Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this ___4th___ day of April, 2019.

_____
Notary Public

PATRICIA V WHITE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WH6365688
Qualified in Onondaga County
My Commission Expires 10-10-2021

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
$30,820.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff: Onondaga
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Onondaga
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mary E. Langan, Assistant U.S. Attorney (315) 448-0650
United States Attorney's Office, 100 South Clinton Street
Syracuse, New York 13261

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
21 USC 881

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Hon. Norman A. Mordue    DOCKET NUMBER 07-CR-00487

DATE: 04/04/2018
SIGNATURE OF ATTORNEY OF RECORD: s/Mary E. Langan

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT Waived  APPLYING IFP _____  JUDGE NAM  MAG. JUDGE ATB

[Print]  [Save As...]  [Export as FDF]  [Retrieve FDF File]  [Reset]